*Debtor* *Matthew Allen Sargeant* CASE # 1759

## ADVERSARY PROCEEDING

FILED ORL INTAKE- USBC
9 APR 2026 PM3:00

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re *Matthew Allen Sargeant* )
)
, )
Debtor°. )
)
_____ )

Case No. 6:26-bk-01759
Chapter

*Matthew Allen Sargeant* )
)
Plaintiff(s), )
)
vs. )
)
*Chrysler Capitol* )
)
Defendant(s). )
)
_____ )

Adversary No. ___:__-ap--___-____

## COMPLAINT

Plaintiff(s), *Matthew Sargeant* by and through *Pro Se Not Represented By* undersigned counsel, files this Complaint pursuant to *11 USC § 506 AND 28 USC § 1334* *AND* alleges the following in support of the requested relief:

### JURISDICTION

1. This is an adversary proceeding in which the Plaintiff(s) is/are seeking *Declaratory Judgement that the Defendants Lien is void, Recision of the Contract for Fraudulant Inducement and Damages for violations of TILA, Florida FDUTPA, and the 2020 Santander Multi State Class Action Settlement Agreement*

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

3. This is a core proceeding pursuant to 28 U.S.C. § 157 [

4. Plaintiff has standing to bring this action pursuant to

5. Venue is proper pursuant to 28 U.S.C. § 1409(a) and Local Rule 1071-1 of the United States Bankruptcy Court for the Middle District of Florida.

## BACKGROUND FACTS

6. "See attached"

## COUNT I

7. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs ___ through ___.

8.

WHEREFORE, the Plaintiff(s) Matthew A. Sargeant respectfully request(s) that the Court [Grant Adversary Motion '] and for such other and further relief the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Matt Sargeant

MATTHEW ALLEN SARGEANT
PRO SE

2

## BACKGROUND

### FACTS

Plaintif [MATTHEW ALLEN SARGEANT], entered into a financing contract with CHRYSLER CAPITOL/PARENT COMPANY"SANTANDER",on 09/06/2023, With co-debtor,TINA LANETTE CHEATHAM, to finance the vehicle of this adversary proceeding /2014 Dodge Challenger SXT.

Thee terms of this contract are 'exhibit A.' "Motor Vehicle Retail Installment Sales Contract-Simple Finance Charge"/553-TX-e 4/21
   Within the contract the Plaintiff wishes to direct the courts attention to several key facts that support the claims alleged to have been in violation of the Truth in lending disclosures act

FACT 1)
   The "Down payment"
 AN amount in cash Of $2000 was paid at the time of the contract signing and was added to the loan balance, thereby increasing the amount financed to $36,246.80 Instead of using it to reduce the balance from $34,246.80 to $32,246.80. This is Known as "POWER BOOKING" And violates the Disclosure requirements of 15 U.S.C. ~ 1601.

FACT 2)
   "ANCILLARY PRODUCT REDUNDANCY" EXIBIT B"
   The service contract that covered the vehicle in an extended warranty was added on to the contract without the benefit of or presented as an option that was not an obligation of the buyer to  purchase in the vehicles financing agreement. The presence of this ancillary product inclusion was disclosed in the final signing and finalisation of the contract on the pages within the halfway point of the signatures and initials required to complete the sale.

FACT 3)
   "BUYERS GUIDE" FTC USED CAR RULE (16CFR PART 455) "DOUBLE VIOLATION!" "EXIBIT C"
   The Fact that the buyers guide is required to be displayed on all vehicles and specificaly used vehicles / showing the "AS IS- NO DEALER WARRANTY", and not the Manufacturers warranty still covering the vehicle up to 100,000 miles is a violation in and of itself. In addition to the non disclosure of the coverage of the power train thru the Manufacturers warranty, the extended ANCILLARY PRODUCT that was added to the contract at the cost of an additionaL $1466.00 THAT

INCREASED
The loan amount and covered exactly the same as the manufacturers active warranty to 100,000 miles( the odometer Disclosure statement shows the exact milage on 9/6/2023 as 92,780.(EXIBIT E) 7220 miles covered automatically regardless of ownership and completely transferable to the extent that any one owning the vehicle is covered until the 100,000 mile mark, thereby rendering the extended warranty a non valuable or not viable product that only served to inflate the financed amount by $1466.00! This is deceptive trade practice

Fact 4)
VIOLATION OF THE MULTI STATE CLASS ACTION SETTLEMENT AGREEMENT(of wich FLORIDA was a member of)" EXIBIT D" IN ELECTRONIC FORM ONLINE AT KROLL CLASS ACTION TRUSTEE"
The final agreement that was declared in the settlement of public record states that the SANTANDER/CHRYSLER CAPITOL is not to engage in the acts they were sanctioned for and agreed to discontinue in its practices are like a mirror image of the violations alleged in this motion and the agreement states that subsequent violations of the same are to be discharged in the loans and title to be delivered to the victims of the subprime loan with the records of the deliquincy erased from public records.

FACT 5) "EXIBIT E" (M.)
USARY
THIS contract was not clear in how the interest was to be applied and at a %24.10 apr the odds of the completion and successful completion of the finance contract was known to the lending entity SANTANDER/CHRYSLER CAPITOL as a likely defaulting eventuality and not within the boundaries of its internal debt to income requirements.
They knew what they were doing and did nothing to stop the predatory loan being formed on 09/06/2023 in the names of MATTHEW ALLEN SARGEANT& TINA LENETTE CHEATHAM who had scores of less than 600 each in the credit scores AT THE TIME OF SIGNING.

THIS IS A SWORN AND SIGNED ADDEDUM FROM THE ADVISARIAL PROCEEDING WITHIN THE BANKRUPTCY FILING OF CHAPTER 13 BY MATTHEW ALLEN SARGEANT PRO-SE

PLAINTIFF

Matthew Sargeant

4/8/2026

Matthew Sargeant

BK-1959
EXHIBIT A

T604363465-DP8C4363468 · THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEON LLC

## LAW 553-TX-e 4/21

### MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT
### SIMPLE FINANCE CHARGE

| | |
|---|---|
| BUYER TINA CHEATHAM | SELLER/CREDITOR GEORGETOWN MAC HAIK DODGE CHRYSLER JEEP LTD |
| ADDRESS 404 RAWHIDE LOOP | ADDRESS 5255 IH 35 |
| CITY Round Rock   STATE TX   ZIP 78881-6928 | CITY Georgetown   STATE TX   ZIP 78626 |
| PHONE (512) 300-1993 | PHONE N/A |

| |
|---|
| CO-BUYER Matthew Sargeant |
| ADDRESS 404 Rawhide Loop, #404 |
| CITY Round Rock   STATE TX   ZIP 78681 |
| PHONE (512) 413-7955 |

The Buyer is referred to as "you" or "your." The Seller is referred to as "we" or "us." This contract may be transferred by the Seller.

**PROMISE TO PAY:** The credit price is shown below as the "Total Sales Price." The "Cash Price" is also shown in the Itemization of Amount Financed. By signing this contract, you choose to purchase the vehicle on credit according to the terms of this contract. You agree to pay us the Amount Financed, Finance Charge, and any other charges in this contract. You agree to make payments in U.S. funds according to the Payment Schedule in this contract. If more than one person signs as a buyer, you agree to keep all the promises in this agreement even if the others do not.

You have thoroughly inspected, accepted, and approved the vehicle in all respects.

### VEHICLE IDENTIFICATION

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | |
|---|---|---|---|---|
| 2014 | Dodge | Challenger | 2C3CDYAG0EH281803 | ☐ NEW ☐ DEMONSTRATOR ☐ FACTORY OFFICIAL/EXECUTIVE ☒ USED |

**USE FOR WHICH PURCHASED**
PERSONAL, FAMILY, OR HOUSEHOLD, UNLESS OTHERWISE INDICATED BELOW
If either of the boxes below is checked, Chapter 353 of the Texas Finance Code applies to this Contract.
☐ BUSINESS OR COMMERCIAL
☐ AGRICULTURAL   ☐ _____ N/A

Trade-in: Make N/A   Model N/A
Year N/A   VIN N/A   License No. N/A

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $2,000.00 |
|---|---|---|---|---|
| 24.10 % | $ 16,397.67 | $ 17,849.13 | $ 34,246.80 | $ 36,246.80 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 475.65 | Monthly beginning 10/21/2023 |
| N/A | $ N/A | N/A |
| N/A | | |

THE 2000 DOWN PAYMENT WAS ADDED ON, NOT SUBSTRA...

Late Charge: If we do not receive your entire payment within 15 days after it is due (10 days if you are buying a heavy commercial vehicle), you will pay a late charge of 5% of the scheduled payment.

Prepayment. If you pay early, you will not have to pay a penalty.

Security Interest. We will have a security interest in the vehicle being purchased.

Additional Information: See this document for more information about nonpayment, default, security interests, and any required repayment in full before the scheduled date.

**SELLER'S DISCLAIMER OF WARRANTIES**
Unless the seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradors de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**APPLICABLE LAW**
Federal and Texas law apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

This PROVISION applies to this contract only if the vehicle financed in the contract was purchased for personal, family, or household use.

T604363465-DP804383468 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 08/11/2023 08:01:21 PM GMT

Matthew Sargeant    BK 1759

T804363465-DP804363466 • THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

## ITEMIZATION OF AMOUNT FINANCED

1  Cash Price (including any accessories, services, taxes,

N/A ___ $ ___ N/A ___, N/A ___ $ ___ N/A ___,

Sales Tax ___ $ ___ 1,090.38 ___, and N/A ___ $ ___ N/A ___) $ ___ 18,090.38 ___ (1)

2  Total Downpayment = (if negative, enter "0" and see Line 4A below)

| | | |
|---|---|---|
| Gross Trade-In | $ | N/A |
| – Pay Off Made By Seller to N/A | $ | N/A |
| – Cash Paid to Buyer for Trade-In | $ | N/A |
| = Net Trade-In | $ | N/A |
| + Cash | $ | 2,000.00 |
| + Mfrs. Rebate | $ | N/A |
| + Other (describe) N/A | $ | N/A |
| + Other (describe) N/A | $ | N/A |
| + Other (describe) N/A | $ | N/A |
| + Other (describe) N/A | $ | N/A |
| + Other (describe) Trade-In Credit Agreement Benefit | $ | N/A |
| Total Downpayment | $ | 2,000.00 (2) |

3  Unpaid Balance of Cash Price (1 minus 2) ___ $ ___ 16,090.38 ___ (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf

(Seller may keep part of these amounts.):

A  Net trade-in payoff to N/A ___ $ ___ N/A

B  Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

Life ___ $ ___ N/A

Disability ___ $ ___ N/A ___ $ ___ N/A

C  Other Optional Insurance Paid to Insurance Company or Companies ___ $ ___ N/A

D  Official Fees Paid to Government Agencies

1) to N/A ___ for N/A ___ $ ___ N/A

2) to N/A ___ for N/A ___ $ ___ N/A

3) to N/A ___ for N/A ___ $ ___ N/A

E  Debt Cancellation Agreement Fee Paid to the Seller ___ $ ___ N/A

F  Dealer's Inventory Tax (if Not Included in Cash Price) ___ $ ___ N/A

G  Sales Tax (if Not Included in Cash Price) ___ $ ___ N/A

H  Other Taxes (if Not Included in Cash Price) ___ $ ___ N/A

I  Government License and/or Registration Fees

License Fee : $ 81.25

N/A ___ $ ___ 81.25

J  Government Certificate of Title Fees ___ $ ___ 33.00

K  Government Vehicle Inspection Fees

to state $ ___ 18.50 to inspection station $ ___ N/A ___ $ ___ 18.50

L  Deputy Service Fee Paid to Dealer ___ $ ___ 10.00

M  Documentary Fee (Cargo Documental) ___ $ ___ 150.00

A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS RELATING TO THE SALE. A DOCUMENTARY FEE MAY NOT EXCEED A REASONABLE AMOUNT AGREED TO BY THE PARTIES. THIS NOTICE IS REQUIRED BY LAW.

UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL. PERO ESTE PODRÍA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACIÓN EN RELACION CON LA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES. ESTA NOTIFICACIÓN SE EXIGE POR LEY.

N  Other Charges (Seller must identify who is paid and describe purpose.)

| | | | |
|---|---|---|---|
| to State | for Plate Transfer Fee | $ | N/A |
| to Seller | for Trade-In Credit Agreement | $ | N/A |
| to EFG | for Service Contract | $ | 1,466.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf ___ $ ___ 1,758.75 (4)

5  Amount Financed (3 + 4) ___ $ ___ 17,849.13 (5)

**LIABILITY INSURANCE:** THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.

**LEGAL LIMITATIONS ON OUR RIGHTS**
If we don't enforce our rights every time, we can still enforce them later. We will exercise all of our rights in a lawful way. You don't have to pay finance charge or other amounts that are more than the law allows. This provision prevails over all other parts of this contract and over all our other acts.

**SERVICING AND COLLECTION CONTACTS**
We may try to contact you at any mailing address, e-mail address, or phone number you give us as the law allows. We may try to contact you in writing (including mail, e-mail, and text messages) and by phone (including prerecorded or artificial voice messages and automatic telephone dialing systems).

**Returned Check Charge:** You agree to pay a charge of $ 30 if any check you give us is dishonored or any electronic payment is returned unpaid.

*[handwritten notes:]*

NOTES OF LEGAL AND ERRORS THAT AFFECT THE RIGHTS OF DEBTOR

BROKEN MATHEMATICS

1) INTEREST ACCRUED ON ANCILLARY PRODUCT

2) ANCILLARY PRODUCT NOT LEGALLY APPLIED

3) ANCILLARY PRODUCT NOT USABLE

4) ANCILLARY PRODUCT DOUBLES AN ALREADY COVERED SET OF EQUIPMENT ON THE VEHICLE AT TIME OF PURCHASE, 93,780 MILAGE 09/6/23

T804363465-DP804363466 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 09/11/2023 06:01:21 PM GMT

LAW 553-TX-e 4/21 v1    Page 2 of 5

MATTHEW SARGEANT EXIBIT Y BK 1759



## Vehicle Service Contract

MOTORIST ASSISTANCE PLAN

| Contract Number |
|---|
| 343481260972 |

─── CONTRACT HOLDER INFORMATION ───

| | | | |
|---|---|---|---|
| PURCHASER NAME | TINA L CHEATHAM | CO-PURCHASER NAME | MATTHEW SARGEANT |
| ADDRESS | 404 RAWHIDE LOOP | | |
| CITY, STATE, ZIP | ROUND ROCK, TX 78681 | PURCHASER EMAIL | MATTERS2MUCH2@YAHOO.COM |
| PHONE# | 5123001993 | CO-PURCHASER EMAIL | |

─── VEHICLE INFORMATION ───

VIN  2C3CDYAG0EH281803          YEAR  2014          MAKE  DODGE          MODEL  CHALLENGER

Current Odometer 92,789          Vehicle Purchase Price $17,000.00          Vehicle Class

─── CONTRACT COVERAGE AND SURCHARGES ───

☐ 4 Star Coverage          ☐ 3 Star Coverage          ☐ 2 Star Coverage          ☒ Star Coverage

Term Months 24          Term Mileage 30,000

Contract Price $1,466.00

This coverage ends when the month's term selected expires as measured from the Contract Purchase Date or when the mileage of Your Vehicle reaches the total of the Current Odometer plus the mileage term selected.

**Surcharges (if a box is not marked, then no coverage applies.) Deductibles**

☐ Commercial Use Vehicle          ☐ $0
☒ After Point of Sale          ☐ $100 Disappearing (must be serviced at selling dealer, otherwise $100 applies.)
☐ Oversized Tires/Lifted Vehicle          ☒ $100
☐ Uber/Lyft          ☐ $200
☐ Buy Back          ☐ $500
☐ Canadian Vehicle

After point of sale – (Select if contract purchase date is not the same as Vehicle purchase date and Vehicle is not under manufacturer's warranty.)

─── SELLER INFORMATION ───

| | | | |
|---|---|---|---|
| SELLER NAME | Mac Haik Chrysler DJR - Georgetown | ACCOUNT# | 0000034348 |
| ADDRESS | 5255 IH 35 South | | |
| CITY, STATE, ZIP | Georgetown, TX 78626 | PHONE# | 5129307900 |

─── LIEN HOLDER INFORMATION ───

| | | | |
|---|---|---|---|
| LIEN HOLDER NAME | CHRYSLER CAPITAL | | |
| ADDRESS | PO BOX 961272 | | |
| CITY, STATE, ZIP | FT WORTH, TX 76161 | PHONE# | 8555635635 |

I understand that the purchase of this Contract is not required in order to purchase or obtain financing for this Vehicle and is subject to verification. My signature below indicates that I have read and agree to all the terms and conditions of this Contract. In addition, if this Service Contract is financed or included in my Lease agreement, I authorize Lien Holder to 1) be listed as joint payee and receive any refund in the event this Contract is canceled, and 2) cancel this Contract in the event I default on my obligation to such Lien Holder.

| | | |
|---|---|---|
| *(signature)* | 9/6/2023 | *(signature)* |
| CUSTOMER SIGNATURE | CONTRACT PURCHASE DATE | SELLER'S SIGNATURE |

Administered by ENTERPRISE FINANCIAL GROUP, Inc. (EFG)
MAP (0819)          or one of its affiliated companies (see DEFINITIONS for Your state-specific Administrator)          [CR082618]
P.O. Box 167667, Irving TX 75016, 1-800-527-1984, www.efgcompanies.com
SELLER COPY

w/30,000
122,789

DEAL# 289886
CUST# 289886

# BUYERS GUIDE

IMPORTANT. Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

**DODGE**          **CHALLENGER**          **2014**          **2C3CDYAG0EH281803**
VEHICLE MAKE          MODEL          YEAR          VEHICLE IDENTIFICATION NUMBER (VIN)

## WARRANTIES FOR THIS VEHICLE:

### ☒ AS IS - NO DEALER WARRANTY

THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

### ☐ DEALER WARRANTY

☐ FULL WARRANTY.

☐ LIMITED WARRANTY. The dealer will pay __N/A__% of the labor and __N/A__% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

SYSTEMS COVERED:                    DURATION:

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

☐ MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

☐ MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

☐ OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

☒ SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.

OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS. For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

SEE OTHER SIDE for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

57587*1*GDCJ-FI

DealerCAR                    CATALOG #8861007                    © 2015 CDK Global, LLC    (01/17)

MATTHEW SARGEANT

BK 1759

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks-bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Air Bags**

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage
Catalytic Converter

---

DEALER NAME
**MAC HAIK CHRYSLER DODGE JEEP RAM**
ADDRESS
**5255 S IH 35      GEORGETOWN, TX      78626**
TELEPHONE                                                        EMAIL
**512-930-7900**
FOR COMPLAINTS AFTER SALE, CONTACT:

**Eric Stewart**

I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.

Vehicle Buyers Signature

**09/06/2023**
Date

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).

57587*1*GDCJ-FI
CATALOG #8981007

DealerCAR

© 2016 CDK Global, LLC   (01/17)

Matthew Sargeant
EXHIBIT E

DEAL# 289886
CUST# 289886

TINA LANETT CHEATHAM    MATTHEW ALLEN SARGEANT          694703A
CUSTOMER'S NAME                                        STOCK NO.

## ODOMETER DISCLOSURE STATEMENT

*Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

I, __MAC HAIK CHRYSLER DODGE JEEP RAM__ (transferor's name, PRINT)

state that the odometer now reads _____ **92780** _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING - ODOMETER DISCREPANCY.

| MAKE | MODEL | BODY TYPE |
|------|-------|-----------|
| **DODGE** | **CHALLENGER** | **SD** |
| VEHICLE IDENTIFICATION NUMBER | | YEAR |
| **2C3CDYAG0EH281803** | | **2014** |

X _____
TRANSFEROR'S SIGNATURE (SELLER)

**MAC HAIK CHRYSLER DODGE JEEP RAM**
PRINTED NAME

**5255 S IH 35**
TRANSFEROR'S ADDRESS (STREET)

**GEORGETOWN**          **TX**          **78626**
CITY                   STATE           ZIP CODE

**09/06/2023**
DATE OF STATEMENT

X _____
TRANSFEREE'S SIGNATURE (BUYER)

**TINA LANETT CHEATHAM     MATTHEW ALLEN SARGEANT**
PRINTED NAME

**TINA LANETT CHEATHAM     MATTHEW ALLEN SARGEANT**
TRANSFEREE'S NAME (BUYER)

**404 RAWHIDE LOOP**
TRANSFEREE'S ADDRESS (STREET)

**ROUND ROCK**          **TX**          **78681-6928**
CITY                   STATE           ZIP CODE

33517*1*GDCJ-FI

# Dealer's Reassignment of Title for a Motor Vehicle

Federal and state law require that you state the mileage upon transfer of ownership. Providing a false statement or failure to complete this form may result in fines and/or imprisonment.

**TxDMV**

## Vehicle Information

| Vehicle Identification Number | | Year | Make | Body Style | Model |
|---|---|---|---|---|---|
| 2C3CDYAG0EH281803 | | 2014 | DODG | 2D | CHA |

| Title/Document Number | State or Country Where Last Registered |
|---|---|
| 24632245026250164 | TX |

### Reassignment (by Dealer Only)

**Seller**

| Dealership Name | Dealer License Number |
|---|---|
| MAC HAIK DODGE CHRYSLER JEEP RAM GEORGETOWN | P53730 |

| Authorized Agent First Name | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| Address | City | State | Zip |
|---|---|---|---|
| 5255 S IH 35 | GEORGETOWN | TX | 78626 |

**Purchaser**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| TINA LANETT CHEATHAM | MATTHEW ALLEN SARGEANT | | |

| Entity's Authorized Agent's Name (if applicable) | Dealer License Number (if applicable) |
|---|---|
| | |

| Address | City | State | Zip |
|---|---|---|---|
| 404 RAWHIDE LOOP | ROUND ROCK | TX | 78681-6928 |

I, the above listed seller, certify the vehicle described above is free and clear of all liens, except as noted in the Lien section below, and has been transferred to the purchaser listed above. I, the above listed seller, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths): 92780

☐ Mileage Exceeds Mechanical Limits
☐ Not Actual Mileage (WARNING — ODOMETER DISCREPANCY)
I am aware of the odometer certification made by the seller/agent.

| Signature of Seller/Agent | Date | Signature of Purchaser/Agent | Date |
|---|---|---|---|
| *Tina Cheatham* | 09/06/2023 | *Matt Sargeant* | 09/06/2023 |

### Reassignment (by Dealer Only)

**Seller**

| Dealership Name | Dealer License Number |
|---|---|
| | |

| Authorized Agent First Name | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

**Purchaser**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| Entity's Authorized Agent's Name (if applicable) | Dealer License Number (if applicable) |
|---|---|
| | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

I, the above listed seller, certify the vehicle described above is free and clear of all liens, except as noted in the Lien section below, and has been transferred to the purchaser listed above. I, the above listed seller, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths):

☐ Mileage Exceeds Mechanical Limits
☐ Not Actual Mileage (WARNING — ODOMETER DISCREPANCY)
I am aware of the odometer certification made by the seller/agent.

| Signature of Seller/Agent | Date | Signature of Purchaser/Agent | Date |
|---|---|---|---|
| | | | |

### Reassignment (by Dealer Only)

**Seller**

| Dealership Name | Dealer License Number |
|---|---|
| | |

| Authorized Agent First Name | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

**Purchaser**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| Entity's Authorized Agent's Name (if applicable) | Dealer License Number (if applicable) |
|---|---|
| | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

I, the above listed seller, certify the vehicle described above is free and clear of all liens, except as noted in the Lien section below, and has been transferred to the purchaser listed above. I, the above listed seller, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths):

☐ Mileage Exceeds Mechanical Limits
☐ Not Actual Mileage (WARNING — ODOMETER DISCREPANCY)
I am aware of the odometer certification made by the seller/agent.

| Signature of Seller/Agent | Date | Signature of Purchaser/Agent | Date |
|---|---|---|---|
| | | | |

| Lien | Lien Date | Lienholder Name | Mailing Address | City | State | Zip |
|---|---|---|---|---|---|---|
| | 09/06/2023 | CHRYSLER CAPITAL | PO BOX 961272, FT WORTH TX 76161 | | | |

VTR-41-A (Rev 09/18)   **THIS DOCUMENT IS VOID IF ALTERED.**   28280682

# LS LAWYERS and SETTLEMENTS.com

*America's Premier Online Legal News Source Since 2001.*

EXHIBIT E

## OALITION OF 24 STATE ATTORNEYS GENERAL ANNOUNCES OVER $550 MILLION SETTLEMENTS WITH NATION'S LARGEST SUBPRIME AUTHO FINANCING COMPANY

*By LAS Staff Writer*

*This is a settlement for the Santander Faces Class Action Lawsuit Over Fair Debt Collection Practices lawsuit.*

**Settlement with Santander Includes more than $550 Million in Relief for Consumers**

A coalition of 34 attorneys general led by Illinois Attorney General Kwame Raoul, announced on May 19, 2020, a settlement with Santander Consumer USA Inc. (Santander) that includes approximately $550 million in relief for consumers with even more relief in additional deficiency waivers expected. The settlement resolves allegations that Santander violated consumer protection laws by exposing subprime consumers to unnecessarily high levels of risk and knowingly placing these consumers into auto loans with a high probability of default.

The May 19th settlement stems from a multistate investigation of Santander's subprime lending practices. In March 2015, the Illinois Attorney General's office led the coalition in opening the investigation into the largest subprime auto financing company in the country after receiving an increase in consumer complaints related to subprime auto loans.

Based on the multistate investigation, the coalition alleges that Santander, through its use of sophisticated credit scoring models to forecast default risk, knew that certain segments of its population were predicted to have a high likelihood of default. Santander exposed these borrowers to unnecessarily high levels of risk through high loan-to-value ratios, significant backend fees, and high payment-to-income ratios. The coalition also alleges that Santander's aggressive pursuit of market share led it to underestimate the risk associated with loans by turning a blind eye to dealer abuse and failing to meaningfully monitor dealer behavior to minimize the risk of receiving falsified information, including the amounts specified for consumers' incomes and expenses. Finally, the coalition         es that Santander engaged in deceptive servicing practices and actively mi          REQUEST LEGAL HELP NOW!         s, and risk. of partial payments and loan extensions.

Under the settlement, Santander is required to provide relief to consumers and, moving forward, is required to factor a consumer's ability to pay the loan into its underwriting.

Santander will pay $65 million to the 34 participating states for restitution for certain subprime consumers who defaulted on loans between Jan. 1, 2010 and Dec. 31, 2019. For consumers with the lowest quality loans who defaulted as of December 31, 2019 and have not had their cars repossessed, Santander is required to allow them to keep their car and waive any loan balance, up to a total value of $45 million in loan forgiveness. Santander will also pay up to $2 million for the settlement administrator who will administer restitution claims, and pay an additional $5 million to the states.

The settlement also includes significant consumer relief by way of loan forgiveness. In all, Santander has agreed to waive the deficiency balances for certain defaulted consumers, with approximately $433 million in immediate forgiveness of loans still owned by Santander, and additional deficiency waivers of loans that Santander no longer owns but is required to attempt to buy back.

Going forward, Santander cannot extend financing if a consumer has a negative residual income after taking into consideration a list of actual monthly debt obligations. Additionally, Santander is required to test all loans that default in the future to see if the consumer, at the time of origination, had a negative income. The test must include an amount for basic living expenses. If the loan is found to be unaffordable and the consumer defaulted within a certain amount of time, Santander is required to forgive that loan.

B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Matthew Allen Sargeant | CHRysler CAPiToL |

| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>PRO SE | ATTORNEYS (If Known) |
|---|---|

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

11 USC §506 & 28 USC §1334   PlAiTiFF Seeks To DeTermiNe
PredaTory LeNdiNg PrAcTices   VAliDiTy & exTeNT OF A LeiN,
PoWeR BookiNg AND CoNTRAcT   DecisioN oF A VoiD CoNTRAcT
NoT VAliD iN DiscLosures

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☑ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☑ 14-Recovery of money/property - other **FDUTPA**

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☑ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☑ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☑ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 19, |

Other Relief Sought: PlAiNTiF RequesT Release oF LieN, Deliver cerTiFicATe oF TiTle To 2014 DODGe chALLeNgeR FRee AND CleaR wiThiN 14 DAYS OF JuDgemeNT/CleAR NAme FRom DMV RecoRDS/Assess The AmouNT oF MoNeTARy Relief wiTh The FAcTS oF MoNies pAiD ALReADy oF 14,000+ AssesseD iN iNTeResT & iNTeResT pAiD ON SumS NoT AccouNTeDFoR iN 9/6/23 LoAN DocumeNT

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR MATTHew ALLeN SARGeANT | BANKRUPTCY CASE NO. 6:26:bK 01759 | |
| DISTRICT IN WHICH CASE IS PENDING MIDDLe DisTRicT oF FloRiDA | DIVISION OFFICE ORLANDO | NAME OF JUDGE TiFFANY GCYeR |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE APRiL 9th 2026 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) MATTHew A. SARGeANT | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.